

O- Send

FILED
CLERK, U.S. DISTRICT COURT
OCT 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Dorian Cotledge<br><br>　　　　　　Defendant. | Case No.: 09-2387M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S D Fla for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evid submitted by ∆; no bail resources; no__

1      _stable residence or employment_

2      _____

3      _____

4      and/~~or~~

5 B. (X) The defendant has not met his/~~her~~ burden of establishing by

6      clear and convincing evidence that he/~~she~~ is not likely to pose

7      a danger to the safety of any other person or the community if

8      released under 18 U.S.C. § 3142(b) or (c). This finding is based

9      on: _no evidence submitted by D; criminal history; suicide_

10     _attempts_

11

12

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: 10/20/09

18

19                                     _Ralph Zarefsky_

20                                  UNITED STATES MAGISTRATE JUDGE